# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY DONALD BILLINGSLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00691-MHH-SGC |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On December 8, 2022, the magistrate judge entered a report in which she recommended dismissal of Mr. Billingsley's claims for failure to prosecute. (Doc. 11). The magistrate judge advised Mr. Billingsley of his right to file written objections to the report within 14 days. The Court has not received objections.

After review of the complaint, the amended complaint, the order to amend, and the report and recommendation in this case, (Docs. 1, 7, 10, 11), the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss this action without prejudice for failure to prosecute.

**DONE** and **ORDERED** this January 4, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE